IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **RICHARD ALLEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 17-cv-1004-MJR-GCS** |
| | ) | |
| **KIMBERLY BUTLER, C/O HANKS,** | ) | |
| **SGT. BERNER, SGT. BEBOUT,** | ) | |
| **C/O NARUP, C/O CHILDS,** | ) | |
| **C/O MERCER, C/O BRAKING,** | ) | |
| **C/O JAMES, MELISSA COFFEY,** | ) | |
| **CORTNEY MEYER, KENT BROOKS,** | ) | |
| **TEARANCE JACKSON, S. SCHAIFER,** | ) | |
| **and SHARON A. MCGLORAN** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER ADOPTING REPORT & RECOMMENDATIONS

**REAGAN, Chief Judge:**

On September 19, 2017, Plaintiff Richard Allen filed suit alleging failure to protect,

excessive force, deliberate indifference to serious medical needs, and due process claims

against Defendants. Defendant Cortney Meyer filed a motion for summary judgment

(Doc. 64) arguing that Allen failed to exhaust his administrative remedies against her

prior to filing suit. Allen, now represented by counsel, did not respond to Meyer's motion

for summary judgment. On December 11, 2018, Magistrate Judge Stephen C. Williams

issued a Report & Recommendations (Doc. 81) recommending that the undersigned deny

Defendant Meyer's motion for summary judgment. The report clearly stated a December

28, 2018 deadline for filing any objection. That deadline has passed, and no party filed

objections. As a result, the undersigned need not conduct a de novo review of the Report & Recommendations. *See* **27 U.S.C. § 636(b)(1).**

The undersigned District Judge **ADOPTS** in its entirety the Report & Recommendations (Doc. 81) submitted by Magistrate Judge Williams and **DENIES** Defendant Cortney Meyer's motion for summary judgment (Doc. 64).

**IT IS SO ORDERED**.

DATED: January 3, 2019

<u>*s/ Michael J. Reagan*</u>
MICHAEL J. REAGAN
**Chief Judge**
**United States District Court**