**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **RICHARD ALLEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 17-CV-1004-SMY** |
| | ) | |
| **KIMBERLY BUTLER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF IMPENDING DISMISSAL

This matter comes before the Court for case management purposes. Plaintiff identified Defendant Jane Doe Nurse #1 as S. Schaifer (Doc. 54) and the Court directed the Clerk of Court to make the substitution (Doc. 60). A Request for Waiver of Service sent to Defendant Schaifer was returned unexecuted. (Doc. 67). Summons was issued and Defendant Schaifer was served on December 6, 2018. (Doc. 80). Defendant Schaifer's responsive pleading was due December 27, 2018. (*Id.*). To date, Defendant Schaifer has failed to move, answer, or otherwise plead in response to the Complaint.

Accordingly, **NOTICE IS HEREBY GIVEN** that Defendant S. Schaifer will be dismissed for Plaintiff's failure to prosecute unless action is taken within **21 days** from the date of this Order to move for default in accordance with Federal Rule of Civil Procedure 55.

**IT IS SO ORDERED.**

**DATED: March 27, 2020**

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**